UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20168-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JOSEPH JULES PLANCHER**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on January 15, 2025 and January 16, 2025 for Jury Trial. On January 16, 2025, the Court declared a mistrial and scheduled a new trial for the trial period beginning February 24, 2025. (*See* [ECF No. 114]). Pursuant to § 220.30(a) of the Guide to Judiciary Policy, Vol. 7 Defender Services, it is

    **ORDERED AND ADJUDGED** that Simon Patrick Dray is reappointed to represent Defendant, Joseph Jules Plancher in this matter.

    **DONE AND ORDERED** in Miami, Florida, this 17th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record